## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BRITTANY ELIZABETH WHITE, an individual,

    Plaintiff(s),

vs.

COUNTY OF NYE, a local governmental entity; JAMES McRAE (#72151), an individual; C. SLACK (#81013) etc.

    Defendant(s).

Case # 3:19-cv-00680

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____DONALD W. COOK_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Law Office of Donald W. Cook
(firm name)

with offices at 3435 Wilshire Boulevard, Suite 2910,
(street address)

Los Angeles, California, 90010,
(city) (state) (zip code)

(213) 252-9444, manncook@earthlink.net.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Brittany Elizabeth White to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>December 3, 1984</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | 12/10/1985 | 116666CA |
| USDC Northern District of California | 11/8/1995 | 116666CA |
| USDC Eastern District of California | 6/17/1996 | 116666CA |
| USDC Southern District of California | 10/2/1998 | 116666CA |
| Ninth Circuit Court of Appeals | 9/4/1987 | 116666CA |
| First Circuit Court of Appeals | 8/23/2001 | 116666CA |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

On 4/30/1998, California State Bar commenced formal disciplinary proceedings which resulted in a one year period of probation commencing 9/27/1998 which Petitioner successfully concluded. On 10/9/12, California State Bar commenced formal disciplinary proceedings which concluded, in 2013, with a dismissal of all charges and no finding of misconduct.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

N/A.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/3/2018 | Laughlin v. Lyon | USDC District of Reno | Granted |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
                          )
COUNTY OF ___Los Angeles___ )

___DONALD W. COOK___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

___See attached Notary certificate___ (See page 4A)
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Terri Keyser-Cooper___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1130 Wakefield Trail___,
(street address)

___Reno___, ___California___, ___89523___,
(city)        (state)         (zip code)

___(775) 337-0323___, ___keysercooper@lawyer.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

4A

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this __22__ day of __November__, 20__19__, by __Donald Webster__,

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __Judy A. Layland__
Pro Hac Vise

JUDY A. LAYLAND
COMM. # 2226941
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JAN. 26, 2022

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Terri Keyser-Cooper_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Brittany White*
(party's signature)

BRITTANY ELIZABETH WHITE
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Keyser-C*
Designated Resident Nevada Counsel's signature

NB #3984                keysercooper@lawyer.com
Bar number              Email address

APPROVED:

DATED this 23rd day of December, 2019.

*R. James*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105  888-800-3400  AttorneyRegulation@calbar.ca.gov

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

# CERTIFICATE OF STANDING

November 18, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DONALD WEBSTER COOK, #116666 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); that on July 28, 1997, a notice to show cause directed to the licensee was issued to commence formal disciplinary proceedings and hearings; that on April 30, 1998, a notice of hearing was issued by State Bar court to commence formal disciplinary proceedings and hearings; that on September 27, 1998, he was placed on a 1 year probation by the State Bar of California; that on October 9, 2012, a notice of disciplinary charges directed to the licensee was issued to commence formal disciplinary proceedings and hearings; that on September 5, 2013, there was a dismissal of the proceeding; and that he has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records