**TERRI KEYSER-COOPER**, NB #3984
LAW OFFICE OF TERRI KEYSER-COOPER
1130 Wakefield Trail
Reno, NV 89523
(775) 337-0323
Email: keysercooper@lawyer.com

**DONALD W. COOK**, CSB #116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com
Counsel *Pro Hac Vice*

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ELIZABETH WHITE, an individual,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF NYE, a local governmental entity; JAMES McRAE (#72151), an individual; C. SLACK (#8101 3), an individual; and DOES 1-10,<br><br>Defendants. | Case No. 3:19-cv-00680-RCJ-CLB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.Cv.P. 41(a) and the terms of a settlement agreement executed by the parties, Plaintiff and defendants County of Nye, James McRae and C. Slack hereby stipulate to a dismissal with prejudice of all claims Plaintiff asserts in this matter, each party will bear its own attorney fees and costs. The parties request that the Court issue its order dismissing this matter forthwith.

[Signature of counsel and proposed order on following page]

///

///

-1-

00143493.WPD

<␊</␊</␊<␊</␊<␊␊<␊<␊␊␊<␊<␊<␊<␊<␊<␊<␊␊<␊<␊<␊<␊␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊

DATED: February 25, 2021

**TERRI KEYSER-COOPER**
**DONALD W. COOK**
Attorneys for Plaintiff

By: *(signed)* Donald W. Cook
Donald W. Cook

DATED: February 24, 2021

**MARQUIS AURBACH COFFING**
Attorney for Defendants

s/ Alexander K. Calaway

By _____
Alexander K. Calaway

# O R D E R

Pursuant to the stipulation and the parties' settlement agreement, this action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED: February 25, 2021

_____
**HON. ROBERT C. JONES**
United States District Judge

DATED: February 25, 2021

**TERRI KEYSER-COOPER**
**DONALD W. COOK**
Attorneys for Plaintiff

By: *(signature)*
Donald W. Cook

DATED: February 24, 2021

**MARQUIS AURBACH COFFING**
Attorney for Defendants

s/ Alexander K. Calaway

By _____
Alexander K. Calaway

# O R D E R

Pursuant to the stipulation and the parties' settlement agreement, this action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED: February 25, 2021

_____
**HON. ROBERT C. JONES**
United States District Judge